UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

LAWRENCE YOUNG,

                Plaintiff,                *Civil Action No.*

  -against-                          **1:18-cv-03069-GHW**


ASSURITY GROUP, LLC, ET AL,

                Defendants.

-------------------------------------X


## NOTICE OF SETTLEMENT

    PLEASE TAKE NOTICE that Plaintiff, LAWRENCE YOUNG, on behalf of himself and others similarly situated, and Defendant, ASSURITY GROUP, LLC, ET AL, hereby notify this Honorable Court that the parties have reached a settlement in principle in the above-referenced case among all parties. The formal settlement agreement is in the process of being drafted.

    Accordingly, the Parties jointly and respectfully request a 30-day order be issued.

Dated: June 12, 2018

                                          _/s/ Bradly Marks_
                                          BRADLY MARKS
                                          The Marks Law Firm, PC
                                        175 Varick Street, 3rd Fl,
                                        New York, NY 10014
                                        T: 646-770-3775